APPEAL OF GEIGER & BRAVERMAN FURNITURE CO.

Docket No. 1906.   Submitted May 29, 1925.   Decided June 26, 1925.

*Morris Metz, C. P. A.,* for the taxpayer.
*B. G. Simpich, Esq.,* for the Commissioner.

Before JAMES, LITTLETON, and TRUSSELL.

This is an appeal from the determination of a deficiency in income and profits taxes for the year 1919 in the amount of $4,713.31. Not all of the above deficiency is in controversy, and the sole issue relates to the amount of taxable profit realized on the sale of a certain piece of real property located in New York City.

FINDINGS OF FACT.

The taxpayer is a New York corporation with its principal office in New York City.

Some time prior to March 1, 1913, the taxpayer acquired a two-thirds interest in a certain property known as No. 529 West One hundred and thirty-fifth Street, New York City, being a plot of land, fronting on One hundred and thirty-fifth Street, 37 feet 6 inches in width and 99 feet 11 inches in depth, and having thereon a five-story brick apartment. The value of the said property on March 1, 1913, was $47,500, which was in excess of cost. Of the said value of $47,500, the land value was $21,000 and the building value $26,500. The depreciated value of the said building at the date of sale in 1919 was $22,790. The property was sold in 1919 for $50,000, and the total profit realized from the sale was $6,210, two-thirds of which was realized by the taxpayer in an amount of $4,140. In the audit of the taxpayer's return the Commissioner determined that a profit had been realized from the foregoing transaction in an amount of $13,080, of which $8,720 was realized by the taxpayer.

### DECISION.

The deficiency should be computed in accordance with the foregoing findings of fact. Final determination will be settled on consent or on 10 days' notice, in accordance with Rule 50.